THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph Dean
 Kyzer, Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge
Unpublished Opinion No.  2010-UP-439
Submitted October 1, 2010  Filed October
 11, 2010
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Joseph Dean Kyzer appeals his
 guilty pleas to assault and battery with intent to kill and property offense
 third and above, arguing his guilty pleas lacked a sufficient factual basis and failed to comply with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Kyzer's appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
FEW, C.J., HUFF
 and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.